# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | : | No. 3:14cr270-6 |
| --- | --- | --- |
| | : | No. 3:17cv633 |
| v. | : | (Judge Munley) |
| | : | |
| SHAQUAN MURPHY, | : | |
| Defendant | : | |

## ORDER

**AND NOW,** to wit, this 17th day of August 2017, it is hereby **ORDERED** that the defendant's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (Doc. 283) is **DENIED**. For the reasons set forth in the accompanying memorandum we decline to issue a certificate of appealability.

The Clerk of Court is directed to close case number 3:17cv633.

                                        **BY THE COURT,**

                                        s/ James M. Munley
                                        **JUDGE JAMES M. MUNLEY**
                                        **United States District Court**